**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:24-cv-21479-LEIBOWITZ**

**JAMES BOTTGE, TONYA BOTTGE,**
**And ERIC KELLER, JR.,**

 *Plaintiffs*,

*v.*

**CARNIVAL CORPORATION dba**
**CARNIVAL CRUISE LINES,**

 *Defendants.*

_____/

## ORDER OF RECUSAL

The undersigned Judge, to whom this case was assigned, hereby recuses himself and refers the

matter to the Clerk of Court for permanent reassignment in accordance with 28 U.S.C. § 455.

**DONE AND ORDERED** in the Southern District of Florida on April 26, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

In accordance with the **Local Rules for the Southern District of Florida,** providing for the

random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States**

**District Judge** ___Raag Singhal_____.

Copies of this Order shall be served on all pending parties of record electronically *via* CM/ECF, or *via* U.S. Mail to any party not authorized to receive electronically notices of filing. All documents for filing in this case shall carry the following case number and designation:

24-cv-21479-Singhal/Strauss

**BY ORDER** of the Court this _____29th_____ day of April 2024.

ANGELA E. NOBLE
Clerk of Court

By:

_/s/Valerie Kemp_____

copies provided to:
counsel of record
Clerk of Court

-2-